# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :    No. 62 EM 2023

Respondent     :

v.     :

ROBERT WASIUTA,     :

Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of January, 2024, the Application for Extraordinary Relief is DENIED.

    Justice McCaffery did not participate in the consideration or decision of this matter.